UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CEDRIC OVERTON and DAIN R. BARTHOLOMEW, Individually and on Behalf of All Other Persons Similarly Situated,

                 Plaintiffs,

    v.

MEGA TEMPERING & GLASS CORP., IOANNIS "JOHN" MARIOLIS and ABC CORPORATIONS #1-10, Jointly and Severally,

                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF CASE

No.: 1:13-cv-54 (JG) (VMS)

### NOTICE OF PLAINTIFF WILLIAM BRABHAM'S MOTION FOR ATTORNEYS' FEES AND COSTS

PLEASE TAKE NOTICE that Plaintiff William Brabham, by his undersigned attorneys, hereby moves for the following relief: (1) holding he is a prevailing party under the Fair Labor Standards Act and New York Labor Law; (2) an award of his attorneys' fees in the amount of $21,508.25; and (3) an award of his reimbursable costs of $445.75.

In support of this motion, Plaintiff Brabham shall rely upon the accompanying (1) Memorandum of Law, (2) Certification of Douglas B. Lipsky, and (3) Certification of Jeffrey M. Gottlieb.

A proposed order is attached hereto as Exhibit A.

<u>RETURN DATE</u>:  On a date and time to be designated by the Court.

Dated: New York, New York
June 25, 2013

> Respectfully submitted,
> BRONSON LIPSKY LLP
>
> By <u> s/ Douglas B. Lipsky</u>
>     Douglas B. Lipsky (DL-9372)
> 630 Third Avenue, Fifth Floor
> New York, New York 10017-6705
> Phone:  212.392.4772
> Fax:  212.444.1030
> dl@bronsonlipsky.com
>
> Jeffrey M. Gottlieb
> nyjg@aol.com
> Dana L. Gottlieb
> danalgottlieb@aol.com
> GOTTLIEB & ASSOCIATES
> 150 East 18th Street, Suite PHR
> New York, New York 10003
> Phone:  212.228.9795
> Fax:  212.982.6284
>
> *Attorneys for Plaintiffs*