UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CEDRIC OVERTON and DAIN R. BARTHOLOMEW, Individually and on Behalf of All Other Persons Similarly Situated,

           Plaintiffs,

v.

MEGA TEMPERING & GLASS CORP., IOANNIS "JOHN" MARIOLIS and ABC CORPORATIONS #1-10, Jointly and Severally,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF CASE

No.: 1:13-cv-54 (VMS)

## NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSMENT OF EXPENSES

      For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, the January 22, 2015 Declaration of Douglas B. Lipsky in support of Plaintiffs and the Class Member's Motion for Final Approval (Dkt. No. 89), and the January 22, 2015 Declaration of Danielle Behring of third-party claims administrator Simpluris, Inc. (Dkt. No 90), Plaintiffs respectfully request the Court enter an Order awarding one-third of the Settlement Fund as attorneys' fees and reimbursable expenses to Class Counsel.

Dated: New York, New York
       January 22, 2015

                            BRONSON LIPSKY LLP

                            By: s/ Douglas B. Lipsky
                                Douglas Lipsky (DL-9372)
                            630 Third Avenue, Fifth Floor
                            New York, New York 10017-6705
                            Phone:  212.392.4772
                            dl@bronsonlipsky.com
                            *Attorneys for Plaintiffs and the Class Members*